RECEIPT # 104015
AMOUNT $
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. ____
DATE 7-22-05

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: GREGORY M DRISCOLL
87 FLAGG St
WORCESTER MASSACHUSETTS 01602

# 05-40120

Now comes Gregory Driscoll, owner of the real estate located at 87 Flagg Street Worcester MA, and REQUESTS this Court enter a Temporary Restraining ORDER for the closing to occur tomorrow, July 22, 2005 between Mortgage Electronic Registration Systems Inc, its successors and assigns, as Nominee for Household Finance Corporation, its successors and assigns, and the High Bidder at a Foreclosure Auction which took place on June 16, 2005 regarding the property at 87 Flagg Street Worcester, Massachusetts.

AS GROUNDS    Gregory Driscoll States:

1) I never received notice of the pending Auction

2) The collector of the debt, their AGENT's and ASSIGNS DID NOT RESPOND to my FAIR DEBT COLLECTION LETTER and (SENT By REGISTERD MAIL)

3) DID not VALIDATE the DEBT AS REQUIRED By THE FAIR DEBT COLLECTION PRACTICES Act: 15 USC 1629G; SECTION 809D.

4) Therefore the Attorney For the Plaintiff KNEW or SHOULD HAVE KNOWN that A Dispute had been Lodged with their CLIENT, and A REGISTERED Letter HAD BEEN RECEIVED ON 2-11-2005

5) Said Attorney, Acting As collector For the PLAINTIFF ALSO WAS SENT A COPY OF the Letter to their Attention by Express MAIL. AND they MADE NO Attempt to VALIDATE the DEBT IN VIOLATION OF FDCPA: 15 USC 1609G SECTION 809 B

6) Therefore the JUDGEMENT/ORDER ISSUED By THE COMMON WEALTH OF MASSACHUSETTS LAND Court WAS a JUDGMENT

OBTAINED By FRAUD. (Chapter 185 Section 5) M.G.L.

6) AND Further SAID Judgement denied Gregory M Drisiele OF his Equity OF REDEMPTION Rights

7) This Forclosure SALE is therefore a fraudulent TRANSFER IN VIOLATION OF, but not limited to, FAIR CREDITAct, FAIR DEBT COLLECTION Act, MGL CHAPTER 185, AND ALL APPLICABLE STATE AND FEDERAL STATUTE

Wherefore Gregory M Drisiele Prays this court ENTER —

A) A TEMPORARY RESTRAINING ORDER to stop the Closing that is Scheduled to Occur on Friday July 22nd, 2005 BETWEEN HSBC and a Assigns and the Highest Bidder at the Forclosure Auction on JUNE 18, 2005 AT 87 FLAGG ST WORCESTER MASSACHUSETTS

B) A PERMANENT INJUNCTION UNTIL A HEARING ON the MERITS OF Whether the Foreclosure Proceeding WAS Legal and VALID

as to the Rights of the
Owner. of Record, Gregory
M Driscoll.

Respectfully Submitted,
Gregory Driscoll, PROSE

Gregory M Driscoll
Gregory M Driscoll

Dated 7-21-05

MADE UNDER THE PENALTIES OF PERJURY



# DOONAN, GRAVES & LONGORIA, LLC
### ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & Washington*

*www.dgandl.com*

*100 Cummings Center*
*Suite 213C*
*Beverly, Massachusetts 01915*
*TEL: (978) 921-2670*
*FAX: (978) 921-4870*

July 15, 2005

**SENT VIA FAX AND FIRST CLASS MAIL**

Attorney Peter J. Dawson
Mirick O'Connell
100 Front Street
Worcester, MA 01608

Re:    87 Flagg Street, Worcester, MA

Dear Attorney Dawson:

Thank you for your patience and your recent correspondence to us. We have reviewed the documentation with our client, and it is our client's position that the foreclosure is in fact valid and that we intend to close a week from today on Friday, July 22, 2005.

If you intend to seek any injunction relief, please notify us as to when and where.

Very truly yours,

John A. Doonan, Esq.

# HSBC ◀▶

HSBC Mortgage Services
P.O. Box 9068
Brandon, FL 33509-9068

NOTICE TO CURE AND INTENT TO ACCELERATE

01/17/05

Re: Account #0002084655

GREGORY DRISCOLL

87 FLAGG ST

WORCESTER            MA   01602

Property Location:
87 FLAGG ST

WORCESTER            MA   01602

Dear Mortgagor:

This is a formal notice that your agreement to pay as outlined in the terms of your Note and Mortgage/Deed of Trust has been breached by your failure to make such payments that were due on and after 12/01/04.

To correct this breach of agreement, the total amount of $ ¦ 4495.82 must be received in our office by the last business day of this month. If such payment is not received by that date, add an additional $     902.31 for the next month's payment, which must be received within thirty (30) days from the date of this letter. Due to the delinquency of the mortgage, all payments must be received in CERTIFIED FUNDS until the account has been fully redeemed. All additional late charges and payments due after this notice must be included in your payment. ONLY THE FULL AMOUNT DUE WILL BE ACCEPTED.

It is our intent to declare your loan past due and payable immediately if the above mentioned breach is not remedied as outlined by this letter.

We would like to inform you that you have the right to reinstate after acceleration and to bring court action to assert the non-existence of a default or any other defense you may have to acceleration and sale of your property.

If you have made arrangements to cure the delinquency of your mortgage and the agreement is kept, you may disregard this notice. If the arrangements are broken, this breach will be enforced.

Please contact us at (866)825-1812 to discuss this urgent matter during the following hours:

Monday - Thursday 8 a.m. to 10 p.m.
Friday            8 a.m. to  6 p.m.
Saturday          8 a.m. to  2 p.m.
Sunday            3 p.m. to  9 p.m. Eastern time

Sincerely,


HSBC Mortgage Services

6.20
(    /        )                    (Certified Mail)
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

**GREGORY M DRISCOLL**

87 Flagg Street
Worcester, Ma. 01602

2-04-05

HSBC
PO BOX 9068
Brandon FL33509

Dear sir or ms,

I am writing in response to your letter dated 1/17/05, (copy enclosed) because I do not believe that I owe what you say I owe. I have spent considerable time and researched my records and as of Dec.1 1994 there were no outstanding payments owed or penalties etc. All subsequent installments were paid and as I have been down this path before and never received a straight answer to my other verbal and written inquiries as to where my payments are going and what is being paid with them, we are at this impasse.

I am therefore regretfully forced to respond in this fashion to the latest materialization of several thousand dollars in unknown and undefined charges.

Since this is the first I've heard from you on this matter, and also since I have received correspondence that validates my stance of full payment, in accordance with Section 809 -Validating Debts of the Fair Debt Collection Practices Act, I respectfully request that you provide me, in writing, the following:

1. What the money you say I owe is for;
2. Explain and show me how you calculated what you say I owe;
3. Provide me with copies of any papers that show I agreed to pay what you say I owe;
4. Provide where and to what my last 12 months of payments were applied. (in specific language and with clarity that an outside inspector would be able to understand, quantify and corroborate).

As part of the process that I am now forced to use to protect my interests, please be advised that I am fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act.

Should you pursue a judgment/foreclosure without validating this debt, I will inform the judge of your failure to follow the FDCPA and provide a suitable reply to my inquiry. Any attempt to collect this debt without validating it, violates the FDCPA. Be advised that I intend to record all phone calls, keep all correspondence and will not hesitate to report violations as I have disputed this debt; therefore, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them this debt is in dispute.

I look forward to amicably settling this dispute, without litigation or further unannounced fees.

Sincerely,


Gregory M Driscoll
(Enclosed feb 05 payment)

STARZS2000
87 FLAGG ST.
WORCESTER, MA 01602
1-866-325-343
RECEIVED
FEB 1 1 2005
5-13/110

1-31 20 05

1108

PAY TO THE
ORDER OF Household More Services

$ 903 31

Alva Highland Two 31

DOLLARS

FLEET BANK

FOR 2084655

⑊011000138⑊ 94185 07053⑊ 1108 ⑊0000090231⑊

---

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
WEST SIDE STATION
WORCESTER, MA 01602-3337
02/10/05 09:28AM

Store USPS
Wkstn sys5004          Trans  22
Cashier's Name  Cashier KTINNK
Stock Unit Id   PATTIE PATRICIA
PO Phone Number 508-795-3787
USPS #          244593010 7

1. EXP (F.R.) PO-ADD          15.40
   Destination: 33510
   Weight:            Pvt 10 oz.
   Postage Type:     2yt   oz.
   Total Cost:        15.40
   Base Rate:         13.65
   Label#:
   ED385591352US
   SERVICES
   Rtn Recpt (Green Card)  1.75

Subtotal                 15.40
Total                    15.40

VISA                     15.40

VISA
ACCT NUMBER     EXP
XXXX XXXX XXXX 6976  10/08
AUTH 184663  CLERK ID
            10/08
      CREDIT TRANS # 634
<23-9002400 59-96>

Number of Items Sold: 1

Thank You
Please Come Again!
USPS.COM

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTED SERVICES ONLY.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Household More Services
636 Grand Regency Blvd
Att Ollahins Dept Johnson
Brandon FL
33510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☑ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  ED385591352 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



HSBC Mortgage Services
P.O. Box 9068
Brandon, FL 33509-9068

02/16/05

Re: Account #0002084655

GREGORY DRISCOLL

87 FLAGG ST

WORCESTER          MA   01602

Property Location:
87 FLAGG ST

WORCESTER          MA   01602

Dear Customer:

Our records indicate that the above referenced account is
seriously delinquent. If the total amount of $      6707.12
is not received by 02/25/05, we will refer your account to an
attorney to initiate foreclosure.

As stated in the Mortgage/Deed of Trust, you will be responsible
for all of the legal expenses HSBC Mortgage Services may
incur as a result of protecting our interest. Failure to cure
the default will result in acceleration of the sums secured
by the Mortgage/Deed of Trust, which may lead to a foreclosure
sale of the property and a deficiency judgment against you.

To avoid legal action and these additional expenses, it is
imperative that you remit payment as outlined above. We urge you
to give this matter your immediate attention, as your course of
action will determine our recommendation.

If you have any questions regarding this matter, please contact
us at (800)365-6730, ext. 48804    during the following hours:

Monday - Thursday 8 a.m. to  9 p.m.
Friday            8 a.m. to  5 p.m.
Saturday          8 a.m. to 12 p.m. Eastern time

Sincerely,

Terry Jenkins
Unit Manager
HSBC Mortgage Services

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

6.05

# GREGORY M DRISCOLL

87 Flagg Street
Worcester, Ma. 01602

3-22-05

HSBC
PO BOX 9068
Brandon FL33509

Dear Terry Jenkins,

I am writing in response to your letter dated 2/16/05, (copy enclosed). On 2/04/05 I sent HSBC mortgage services a letter explaining that I do not believe I owe what you say I owe and have yet to hear any reply. So, I again request that your firm supply the information I requested in accordance with the Fair Debt Collection Practices Act, 15 USC 1692g, Section 809(b): Validating Debts:

I must remind you that in my previous letter I requested the following information

1. What the money you say I owe is for;

2. Explain and show me how you calculated what you say I owe;

3. Provide me with copies of any papers that show I agreed to pay what you say I owe;

4. Provide where and to what my last 12 months of payments were applied. (in specific language and with clarity that an outside inspector would be able to understand, quantify and corroborate).

As part of the process that I am now forced to use to protect my interests, please be advised that I am fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act, outlined as follows:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

Should you pursue a judgment/foreclosure without validating this debt, I will inform the judge of your failure to follow the FDCPA and provide a suitable reply to my inquiry. Any attempt to collect this debt without validating it, violates the FDCPA. Be advised as I have disputed this debt if you have already reported this debt to any collection agent, credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them this debt is in dispute.

I look forward to amicably settling this dispute, without litigation or further unannounced fees.

Sincerely,

Gregory M Driscoll

# GREGORY M DRISCOLL
**87 Flagg Street**
**Worcester, Ma. 01602**

**4-15-05**

HSBC
PO BOX 9068
Brandon FL33509

Dear Terry Jenkins,

I am again writing as I have not had any response by your firm to my letter of 3-22-05.(copy enclosed). As was stated before, on 2/04/05 I sent HSBC mortgage services a letter explaining my position. As of today, you have failed to respond to my requests. So, I again request that your firm supply the information in accordance with the Fair Debt Collection Practices Act, 15 USC 1692g, Section 809(b): Validating Debts:

I must remind you that in my previous letter I requested the following information

1. What the money you say I owe is for;
2. Explain and show me how you calculated what you say I owe;
3. Provide me with copies of any papers that show I agreed to pay what you say I owe;
4. Provide where and to what my last 12 months of payments were applied. (in specific language and with clarity that an outside inspector would be able to understand, quantify and corroborate).

Please be advised that I am fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act, outlined as follows:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

Should you pursue a judgment/foreclosure without validating this debt, I will inform the judge of your failure to follow the FDCPA and provide a suitable reply to my inquiry. Any attempt to collect this debt without validating it, violates the FDCPA. Be advised as I have disputed this debt if you have already reported this debt to any collection agent, credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them this debt is in dispute. I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the national Better Business Bureau.

I look forward to amicably settling this dispute, without litigation or further unannounced fees.

Sincerely,

Gregory M Driscoll

# GREGORY M DRISCOLL

87 Flagg Street
Worcester, Ma. 01602

4-30-05

Doonan Graves & Longoria
100 Cummings Center
Suite 213 C
Beverly, Ma 01915

Dear Mr. Doonan

With regard to your correspondence dated 4-26-2005 I am requesting that you stop all further action. In explanation for my request I am enclosing a copy of the 3 letters I sent to HSBC requesting they supply the information requested in accordance with the Fair Debt Collection Practices Act, 15 USC 1692g, Section 809(b): Validating Debts On 2/04/05 I sent HSBC mortgage services a letter explaining my position. On 3-22-05 and 4-15-05 I sent repeat requests.

As of today, they have failed to respond to my requests. So, I am including your firm in my request that HSBC Mortgage Services supply the information in accordance with the Fair Debt Collection Practices Act, 15 USC 1692g, Section 809(b): Validating Debts:

I am now advising your firm that I am disputing the amounts demanded by your client. Please be advised that I am fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act, outlined as follows:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

Should you pursue a judgment/foreclosure without validating this debt, I will inform the judge of your failure to follow the FDCPA and provide a suitable reply to my inquiry. Any attempt to collect this debt without validating it, violates the FDCPA. Be advised as I have disputed this debt if you have already reported this debt to any collection agent, credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them this debt is in dispute. I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the national Better Business Bureau.

I look forward to amicably settling this dispute, without litigation or further unannounced fees.

Sincerely,


Gregory M Driscoll

# GREGORY M DRISCOLL

87 Flagg Street
Worcester, Ma. 01602

5-31-05

HSBC
PO BOX 9068
Brandon FL33509

Dear Terry Jenkins,

On 2/04/05 I sent HSBC mortgage services a letter explaining that I do not believe I owe what you say I owe and have yet to hear any reply. On 3-22-05 and 4-15-05 I sent repeat letters, and on 4-30-05 I sent Mr. Doonan a further request. As of today, you have failed to respond. For your convenience, I have included copies of my previous letters

I must remind you that in my previous letters I requested the following information:

1. What the money you say I owe is for;
2. Explain and show me how you calculated what you say I owe;
3. Provide me with copies of any papers that show I agreed to pay what you say I owe;
4. Provide where and to what my last 12 months of payments were applied. (in specific language and with clarity that an outside inspector would be able to understand, quantify and corroborate).

Since you have failed to respond I assume that you have been unable to validate the debt and therefore, I consider this matter closed. I must remind you that any attempt to collect this debt without validating it, violates the FDCPA. Be advised that I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the national Better Business Bureau.

Sincerely,

Gregory M Driscoll

# FAX Cover Sheet

To: Doonan Graves & Longoria
    978-921-4870

From Greg Driscoll
     87 Flagg St
     Worcester Ma

Dear Sirs/ Madam
    Please find attached correspondence relating to the
property listed above referenced by Erin Powers.

Gregory M Driscoll

To: Household Financial Services
    Collections Department Manager
CC: Foreclosure Department Manager
CC: Legal Department

7/2/2005
**By Fax and Registered Letter**

Dear Sirs/ Madam;

Please be advised that we stand ready to utilize all legal remedies to protect our interest in the property at 87 Flagg Street Worcester Ma. Our Attorney, Peter Dawson has been in contact with your representatives at Doonan, Graves & Longoria on numerous occasions in the last two weeks. Our Attorney was assured by your representative that we would have a definitive and specific response by Friday June 24th 2005, and were assured that we would have "sufficient time" to respond. We were further informed that no further action would be taken in the foreclosure and sale of my property until such information was forthcoming and we had "sufficient time" to respond.

We have now not heard anything for over one week past your representatives' provided deadline and all further attempts to contact them have been met with silence. My attorney has faxed, called and mailed requests for information and received not even the courtesy of a return call. This pattern of silence or stonewalling, repeats the lack of response that I received to my registered letter of dispute and all further letters of correspondence with regard to this matter. Your representatives at Doonan, Graves & Longoria also failed to respond to my letter of dispute when I forwarded to them a copy in answer to their registered notice of the Soldiers and Sailors Act .

It is our contention that this matter should be resolved without litigation, however since we are now, again, not able to receive our opportunity to resolve this issue amicably we are hereby formally informing you that we have retained counsel and will proceed to exercise our legal options should we not hear from either you directly or through Doonan, Graves & Longoria by close of business Tuesday, July 7th, 2005. Please feel free to contact my counsel at Mirick O'Connell, Mr Peter Dawson Esq, by phone at 508-929-1626 or by fax at 508-791-8502, or my self directly at home 508-795-3908 or cell 508-873-6042.

Sincerely;
Gregory M Driscoll

CC Peter Dawson

# FAX Cover Sheet

To: Household Financial Services/ Mortgage Services
     Att: Foreclosure Dept Manager
     Att : Legal Department Manager

**From Greg Driscoll**
**87 Flagg St**
**Worcester Ma**

**Dear Sirs/ Madam**
    **Please find attached correspondence relating to the property listed above**

                    **Gregory M Driscoll**

To: Household Financial Services
     Collections Department Manager
CC: Foreclosure Department Manager
CC: Legal Department

6/2/2005
**By Fax and Registered Letter**

Dear Sirs/ Madam;

Please be advised that we stand ready to utilize all legal remedies to protect our interest in the property at 87 Flagg Street Worcester Ma. Our Attorney, Peter Dawson has been in contact with your representatives at Doonan, Graves & Longoria on numerous occasions in the last two weeks. Our Attorney was assured by your representative that we would have a definitive and specific response by Friday June 24th 2005, and were assured that we would have "sufficient time" to respond. We were further informed that no further action would be taken in the foreclosure and sale of my property until such information was forthcoming and we had "sufficient time" to respond.

We have now not heard anything for over one week past your representatives' provided deadline and all further attempts to contact them have been met with silence. My attorney has faxed, called and mailed requests for information and received not even the courtesy of a return call. This pattern of silence or stonewalling, repeats the lack of response that I received to my registered letter of dispute and all further letters of correspondence with regard to this matter. Your representatives at Doonan, Graves & Longoria also failed to respond to my letter of dispute when I forwarded to them a copy in answer to their registered notice of the Soldiers and Sailors Act .

It is our contention that this matter should be resolved without litigation, however since we are now, again, not able to receive our opportunity to resolve this issue amicably we are hereby formally informing you that we have retained counsel and will proceed to exercise our legal options should we not hear from either you directly or through Doonan, Graves & Longoria by close of business Tuesday, July 7th, 2005. Please feel free to contact my counsel at Mirick O'Connell, Mr Peter Dawson Esq, by phone at 508-929-1626 or by fax at 508-791-8502, or my self directly at home 508-795-3908 or cell 508-873-6042.

Sincerely;
Gregory M Driscoll

CC: Peter Dawson

# CIVIL ACTION
# COVER SHEET

**Trial Court of Massachusetts**
**Superior Court Department**
County: _____

DOCKET NO(S)
00-1303 C

**PLAINTIFF(S)**
Gregory M Driscoll

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE

Board of Bar Overseers number:

**DEFENDANT(S)** HSBC Mortgage Services Inc, Household Mortgage Services, Inc, Mortgage Electronic Registration Systems, successors Downey Savings

ATTORNEY (if known)

## Origin code and track designation

Place an x in one box only:
- ☐ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO. D-99

TYPE OF ACTION (specify) MISC

TRACK (F)

IS THIS A JURY CASE? (✓) Yes ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .

Subtotal $ . . . . . . . . . . .

B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . $ . . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
F. Other documented items of damages (describe)

$ . . . . . . . . . . .

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

TOTAL $ 300,000

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: _____

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

```
************************
*FF   TX REPORT   ***
************************


TRANSMISSION OK

TX/RX NO             1708
RECIPIENT ADDRESS    19789214870
DESTINATION ID
ST. TIME             07/21 15:31
TIME USE             02'02
PAGES SENT           19
RESULT               OK
```

# FRANCIS A. FORD

CLERK MAGISTRATE

———

ADDRESS ALL COMMUNICATION
TO
CLERK OF COURTS
ROOM 21 COURT HOUSE
2 MAIN STREET
WORCESTER, MA 01608-1113



County of Worcester

in The

Commonwealth of Massachusetts

Office of Clerk of the Courts

Telephone 508-770-1899

CORINNE L. GORMAN
FIRST ASSISTANT CLERK

———

OTHER ASSISTANT CLERKS
THOMAS F. GALLEN
KEVIN M. GOLDEN
ALEXANDER RODRIGUEZ, III
KAREN TYMON ZONA
EUGENE G. SULLIVAN
DENISE D. FOLEY
MARY F. STRATFORD
JOANNE C. HERRING
CATHERINE M. BRENNAN
GAIL M. DEMPSEY

## TRANSMITTAL COVER LETTER

DATE: _7/21/05_

SENDER: _Alex Rodriguez, III_

TITLE: _Asst. Clerk_

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: _Atty. John Doonen_

LOCATION: _Beverly, Ma._

FAX #: _(978) 921-4870_

TOTAL NUMBER OF PAGES (including this sheet): _20_

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL BACK AS SOON AS
POSSIBLE. THANK YOU.

PHONE #: _(508) 770-1899_ , EXT.: _105_

SENDER'S FAX #: _(508) 752-8127_

I would like it to be noted that despite
repeat requests I have just been notified
of the Payoff figure and stand ready
to satisfy this debt. As it presently stands
140,113.54

Gregory M Driscoll

7-22-05

**05-40120**

§JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Gregory M Driscoll

**DEFENDANTS** HSBC Mortgage Services Inc
Household Mortgage Services Inc and successors
Assigns Donovan Graham Electronic Services

**(b)** County of Residence of First Listed Plaintiff  WORCESTER
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  DEER WARE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

Donovan Graham Longoria

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question
  (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity
  (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                   and One Box for Defendant)

|                                            | PTF | DEF |                                                        | PTF | DEF |
|--------------------------------------------|-----|-----|--------------------------------------------------------|-----|-----|
| Citizen of This State                      | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                   | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country    | ☐ 3 | ☐ 3 | Foreign Nation                                         | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--------------------|-----------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☒ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☒ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1026 0

Brief description of cause:
FAILURE to VALIDATE / Wrongful Foreclosure TO INQUIRE - Foreclosure Fidelity

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

05-40120

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) *Gregory M Driscoll vs HSBC Mortgage Servic Inc*

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

___  I.     160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

___  II.    195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

___  III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

✓   IV.    220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

___  V.     150, 152, 153.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                   YES ☐          NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                                                   YES ☐          NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                   YES ☐          NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                   YES ☐          NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                   YES ☐          NO ☑

   A.    If yes, in which division do all of the non-governmental parties reside?

         Eastern Division ☐        Central Division ☐        Western Division ☐

   B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?

         Eastern Division ☐        Central Division ☑        Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

                                                   YES ☐          NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _____

ADDRESS _____

TELEPHONE NO. _____

(CategoryForm.wpd -5/2/05)