UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**GREGORY M. DRISCOLL,**             )
                                    )
      **Plaintiff,**           )
                                    )
      **v.**                   )
                                    )
**HSBC MORTGAGE SERVICES and**       )          05-40120-FDS
**MORTGAGE ELECTRONIC**              )
**REGISTRATION SYSTEMS, INC., as**   )
**nominee for HOUSEHOLD FINANCE**    )
**CORPORATION,**                     )
                                    )
      **Defendants.**          )
                                    )
_____

## TEMPORARY RESTRAINING ORDER

**SAYLOR, J.**

    For the reasons stated this date in open court, defendants are temporarily restrained from closing or otherwise consummating the sale of real property located at 87 Flagg Street, Worcester, Massachusetts.  Consistent with Fed. R. Civ. P. 65, this order is binding upon the parties to this action and their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise.  This order shall become effective upon the posting by plaintiff of security in the amount of $1,000, as directed by the Court, and shall remain in effect until August 1, 2005, at 5:00 p.m., or until otherwise dissolved or modified by the Court, whichever is earlier.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated July 22, 2005, 5:00 p.m., at Worcester, MA