UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY M. DRISCOLL,<br><br>Plaintiff,<br><br>v.<br><br>HSBC MORTGAGE SERVICES and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for HOUSEHOLD FINANCE CORPORATION,<br><br>Defendants. | Civil No.<br>05-40120-FDS |

**ORDER ON SECURITY FOR TEMPORARY RESTRAINING ORDER**

SAYLOR, J.

As security for the temporary restraining order issued by this Court on July 22, 2005, as required by Federal Rule of Civil Procedure 65(c), plaintiff shall pay one thousand dollars ($1,000) into the Court as security for payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained. Such funds shall be held by the Clerk's Office in an interest-bearing account until further Order of the Court.

So Ordered.

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 22, 2005