UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.
05-40120-FDS

*********************************************
| |
| --- |
| GREGORY M. DRISCOLL, | * |
| | * |
| PLAINTIFF | * |
| | * |
| V. | * |
| | * |
| HSBC MORTGAGE SERVICES; | * |
| HOUSEHOLD MORTGAGE SERVICES INC.; | * |
| MORTGAGE ELECTRONIC SERVICES; | * |
| ITS SUCCESSORS AND ASSIGNS | * |
| DOONAN, GRAVES & LONGORIA LLC | * |
| | * |
| DEFENDANT | * |
| | * |

*********************************************

**DEFENDANTS' EMERGENCY MOTION FOR CONTINUANCE OF HEARING**

**ON INJUNCTIVE RELIEF**

NOW come the Defendants in this action and request this Court to grant a continuance of the Hearing scheduled for August 3, 2005 and to continue the Preliminary Injunction currently in effect until this matter can be heard by the Court. As grounds therefore, the Defendants state that despite this matter have been initially filed in State Court on July 21, 2005 and removed to Federal Court by the Defendants and refiled by the Plaintiff on July 22, 2005 the Plaintiff's counsel, *without notice to or contact with Defendants' Counsel*, filed, late on the afternoon of August 2, 2005 a seventeen page Verified Complaint with seventeen separate counts. Moreover, there are references to twenty-one different exhibits in the Verified Complaint *none of which were served on the Defendants Counsel or electronically attached to the Verified Complaint.* As of the close

of business on August 2, 2005, (5:30 p.m.) the Defendants' Counsel has not seen any of the Exhibits referenced in the Verified Complaint. None of these new pleading have been served upon neither of the Corporate Defendants.

The Defendants respectfully suggest that the actions the Plaintiff's Counsel make it impossible for the Defendants to meaningfully participate in the hearing scheduled for August 3, 2005.

No other Motions for Continuance have been filed in this matter, and no party will be prejudiced by the allowance of this Motion.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Upon downloading the incomplete Verified Complaint filed the afternoon of August 2, 2005, Defendants' Counsel contacted Plaintiff's Counsel and requested a continuance of the aforementioned hearing *with the stipulation that the Injunction previously entered by this Court would continue to remain in effect*. Plaintiff's Counsel refused to assent to this Motion despite the fact that Defendants' Counsel was willing to stipulate to the continuance of the Injunction.

WHEREFORE, Defendants respectfully request that this Court continue the hearing scheduled for August 3, 2005 for at least twenty days to allow Counsel to review the new filed pleadings and confer in a meaningful way with its clients.

Dated: 8/2/05                                      /s/___Reneau J. Longoria_____
                                                   Reneau J. Longoria Esq.
                                                   BBO #635118
                                                   John A. Doonan, Esq.
                                                   BBO #547838
                                                   Doonan, Graves & Longoria
                                                   100 Cummings Center
                                                   Suite 213C

Beverly, MA 01915
978-921-2670