UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET #05-40120-FDS

**EXPEDITED DETERMINATION REQUESTED**

| | |
|---|---|
| GREGORY M. DRISCOLL, | ) |
|    Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) |
| HSBC MORTGAGE SERVICES and | ) |
| MORTGAGE ELECTRONIC REGISTRATION | ) |
| SYSTEMS, INC., as Nominee for Household Finance | ) |
| Corporation, its Successors and Assigns and | ) |
| DOONAN, GRAVES & LONGORIA, LLC, | ) |
|    Defendants | ) |

**ASSENTED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND
TIME TO FILE A MEMORANDUM OF LAW**

     NOW COMES the Plaintiff, Gregory Driscoll, and moves this Court for an Order extending the Temporary Restraining Order from August 23, 2005 for another thirty (30) days to September 23, 2005 and to extend the time to file a Memorandum of Law from August 15, 2005 to September 16, 2005.

     AS GROUNDS THEREFORE, Plaintiff states:

1. The Parties are actively in the process of resolving all issues set forth in the Verified Complaint.

2. The Parties believe that a resolution and settlement can be reached without further Court time.

3. Extending the Temporary Restraining Order and time to file a Memorandum of Law will assist the Parties in their mutual efforts to settle this matter.

4. No Party will be prejudiced by the allowance of this Motion.

FOR THE FOREGOING REASONS, the Assented Motion to Extend the Temporary Restraining Order from August 23, 2005 for another thirty (30) days to September 23, 2005 and to Extend the Time to File a Memorandum of Law from August 15, 2005 to September 16, 2005 should be ALLOWED.

Respectfully submitted,
Gregory Driscoll,
By his Attorney,

Dated:

*[signature]*

Karen L. Stern, Esquire
BBO#550391
BERNSTEIN, BURWICK & TUCKER, LLC
10 Mechanic Street, Suite 150
Worcester, MA  01608
(508) 755-5555

Assented:

*[signature]* John A. Doonan, Esq.

John A. Doonan, Esquire
BBO#547838
DOONAN, GRAVES & LONGORIA
100 Cummings Center, Suite 213C
Beverly, MA  01915
(978) 921-2670

## Certificate of Service

I, Karen L. Stern, Esquire, Attorney for Gregory M. Driscoll, hereby certify that I served a true and correct copy of the within Assented Motion to Extend Temporary Restraining Order and Time to File a Memorandum of Law on Defendant by Facsimile and First Class Mail, Postage Pre-paid to Attorney of Record:

John A. Doonan, Esquire
Doonan, Graves & Longoria
100 Cummings Center, Suite 213C
Beverly, MA  01915

Dated: 8-10-05

_____
Karen L. Stern, Esquire

3