**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DOCKET #05-40120-FDS**

**EXPEDITED DETERMINATION REQUESTED**

| | |
|---|---|
| **GREGORY M. DRISCOLL,** | ) |
| **Plaintiff** | ) |
| | ) |
| **Vs.** | ) |
| | ) |
| **HSBC MORTGAGE SERVICES and** | ) |
| **MORTGAGE ELECTRONIC REGISTRATION** | ) |
| **SYSTEMS, INC., as Nominee for Household Finance** | ) |
| **Corporation, its Successors and Assigns and** | ) |
| **DOONAN, GRAVES & LONGORIA, LLC,** | ) |
| **Defendants** | ) |

**MOTION OF KAREN L. STERN, ESQUIRE TO WITHDRAW AS PLAINTIFF'S
COUNSEL**

NOW COMES Karen L. Stern, Attorney for the Plaintiff, Gregory Driscoll, and moves this Court for an Order to withdraw as counsel.

AS GROUNDS THEREFORE:

1. There has been an irretrievable breakdown of the attorney-client relationship.

2. Since appearing at a Temporary Restraining Order Hearing on August 3, 2005 before this Court, Counsel has worked with the Plaintiff to effectuate a resolution with the Defendants to Plaintiff's claims in this matter which stemmed from a foreclosure action taken by the Defendant, HSBC Mortgage Services against the Plaintiff's property.

3. Three months after the Hearing, Plaintiff failed to take the necessary action he represented to Counsel he was undertaking.

4. Plaintiff also has not paid his counsel the legal fees which are due to Bernstein, Burwick & Tucker, LLC.

5. There has been an irretrievable breakdown in the attorney-client relationship. See Affidavit of Karen L. Stern, Esquire submitted herewith.

1

FOR THE FOREGOING REASONS, Motion of Karen L. Stern, Esquire to Withdraw as Plaintiff's Counsel should be ALLOWED.

Respectfully submitted,

Dated: 11-3-2005

Karen L. Stern, Esquire
BBO#550391
BERNSTEIN, BURWICK & TUCKER, LLC
10 Mechanic Street, Suite 150
Worcester, MA  01608
(508) 755-5555

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**DOCKET #05-40120-FDS**

**EXPEDITED DETERMINATION REQUESTED**

GREGORY M. DRISCOLL,                    )
    **Plaintiff**                             )
                                            )
**Vs.**                                     )
                                            )
HSBC MORTGAGE SERVICES and              )
MORTGAGE ELECTRONIC REGISTRATION        )
SYSTEMS, INC., as Nominee for Household Finance )
Corporation, its Successors and Assigns and )
DOONAN, GRAVES & LONGORIA, LLC,         )
    **Defendants**                            )

**AFFIDAVIT OF KAREN L. STERN**

I, Karen L. Stern, on oath depose and do say that:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and am associated with the law firm of Bernstein, Burwick & Tucker, LLC, 10 Mechanic Street, Suite 150, Worcester, Massachusetts 01608 and at all relevant times represented the Plaintiff, Gregory Driscoll.

2. For the past three months I have repeatedly contacted the Plaintiff to take certain action as I was trying to resolve the above matter for him with the Defendants. Plaintiff represented to me he was undertaking certain necessary actions. Counsel then made certain representations to Defendants' counsel and the Defendants refrained from taking further action against the Plaintiff.

3. Based upon Plaintiff's conduct, and failure to effectuate certain action, I feel I can no longer represent him as counsel. In addition, there are unpaid legal fees due which Plaintiff has not paid. The attorney-client relationship has irretrievably broken down.

4

5

SWORN AND SUBSCRIBED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 3ʳᵈ DAY OF November , 2005.

Karen L. Stern

## Certificate of Service

I, Karen L. Stern, Esquire, Attorney for Gregory M. Driscoll, hereby certify that I served a true and correct copy of the within Motion of Karen L. Stern, Esquire to Withdraw as Plaintiff's Counsel, on Defendant by _Facsimile_ and  _First Class Mail_, Postage Pre-paid to Attorney of Record:


John A. Doonan, Esquire
Doonan, Graves & Longoria
100 Cummings Center, Suite 213C
Beverly, MA   01915

AND

on Plaintiff by _Service through Worcester County Sheriff's Office_ and _First Class Mail_, _Postage Pre-paid_ to:

Gregory Driscoll
87 Flagg Street
Worcester, MA   01602


Dated: 11-3-05                          _____
                                                        Karen L. Stern, Esquire