UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREGORY M. DRISCOLL,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC MORTGAGE SERVICES and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for HOUSEHOLD FINANCE CORPORATION,<br><br>    Defendants. | Civil No.<br>05-40120-FDS |

## ORDER RELEASING SECURITY FOR TEMPORARY RESTRAINING ORDER

**SAYLOR, J.**

The temporary restraining order, extended by agreement of the parties to November 14, 2005, is Dissolved. The Clerk is directed to return the security payment of $1000.00, with any applicable interest, to the plaintiff, forthwith. The plaintiff's name and address is Gregory Driscoll, 87 Flag Street, Worcester, MA, 01602.

**So Ordered.**

                                                        /s/ F. Dennis Saylor IV
                                                        F. Dennis Saylor IV
                                                        United States District Judge

Dated: November 15, 2005