UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET #05-40120-FDS

**EXPEDITED DETERMINATION REQUESTED**

| | |
|---|---|
| GREGORY M. DRISCOLL,<br>    **Plaintiff** | )<br>)<br>) |
| Vs. | )<br>) |
| HSBC MORTGAGE SERVICES and<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC., as Nominee for Household Finance<br>Corporation, its Successors and Assigns and<br>DOONAN, GRAVES & LONGORIA, LLC,<br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE**

NOW COMES the Plaintiff and moves this Court for an Order to reschedule the Scheduling Conference set for Monday, January 30, 2006 at 11:30 A.M.. to another date:

AS GROUNDS THEREFORE:

Counsel for the Plaintiff has been unable to contact her client, Gregory Driscoll. Counsel's understanding is that the Plaintiff may not wish to proceed with this litigation as certain underlying issues have been resolved: however, Plaintiff's counsel has been unable to confirm one way or the other whether the Plaintiff wants to continue this litigation. A continuance will allow Plaintiff's counsel to serve Gregory Driscoll with a Motion to Withdraw as Counsel or instruction from him to proceed with the action.

Plaintiff's Counsel was unable to reach Defendants' counsel for an assent to this Motion prior to filing because Defendants' counsel is out of state with other members of his law firm today, January 27, 2006.

FOR THE FOREGOING REASONS, Plaintiff's Motion to Continue Scheduling Conference should be ALLOWED.

Dated: 1-27-06

Gregory Driscoll,
By his Attorney

*Karen L. Stern*
Karen L. Stern, Esquire
BBO#550391
BERNSTEIN, BURWICK & TUCKER, LLC
10 Mechanic Street, Suite 150
Worcester, MA 01608
(508) 755-5555

## CERTIFICATE OF SERVICE

I, Karen L. Stern, Esquire, Attorney for Gregory M. Driscoll, hereby certify that I served a true and correct copy of the within Joint Motion to Continue Scheduling Conference on Defendant by Facsimile and <u>First Class Mail</u>, Postage Pre-paid to Attorney of Record:

John A. Doonan, Esquire
Doonan, Graves & Longoria
100 Cummings Center, Suite 213C
Beverly, MA  01915

Dated: 1-27-06

*Karen L. Stern*
Karen L. Stern, Esquire