UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| GREG M. DRISCOLL )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HSBC MORTGAGE SERVICES )<br>and MORTGAGE ELECTRONIC )<br>SYSTEMS, INC., as Nominee for )<br>Household Finance Corporation, its )<br>Successors and Assigns )<br>) | Civil Action No. 05-40120-FDS |

**MOTION OF DEFENDANT, HSBC TO COMPEL DISCOVERY PURSUANT TO FED. R. CIV. P. 37(a), AND DISMISSAL PURSUANT TO FED. R. CIV. P. 41(b).**

Now Comes the Defendant, HSBC Mortgage Services and Mortgage Electronic Registration Systems, Inc., as Nominee for Household Finance Corporation, its Successor and Assigns, ("HSBC") by and through its attorneys, Doonan, Graves and Longoria, L.L.C., and moves this Court for an Order compelling discovery disclosure and sanctions under Fed. R. Civ. P. 37(a), 37(a)(4). Defendant's Motion is made in compliance with LR. 26.2(C) and 37.1, since Plaintiffs have failed to respond to Defendant's request for a discovery conference within seven days.

In the alternative, Defendant requests that Plaintiffs be precluded from offering evidence related to the documents that would have been produced pursuant to Fed. R. Civ. P. 26(a)(1), 34.

Defendant also moves for dismissal pursuant to Fed. R. Civ. P. 41(b) on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure has failed to pursue their cause of action in any way and his inaction is causing prejudice and expense to the Defendant. Moreover, this case should be dismissed based on the conspicuous weaknesses in the Plaintiff's claims and in the interest of judicial economy.

Finally, Defendant requests reasonable expenses, including attorney fees in bringing this Motion pursuant to Fed. R. Civ. P. 37(a)(4).

Pursuant to LR 37.1(B)(1-5), the attached Memorandum includes: 1) a statement concerning the discovery conference; 2) the nature of the case and the facts relevant to the discovery matters to be decided; 3) the requests for production raising an issue to be decided; 4) a statement of HSBC's position and supporting authority.

## ORAL ARGUMENT AND HEARING REQUESTED

The Defendant requests a hearing and oral argument on its Motion to Compel Discovery and Motion to Dismiss.

## CERTIFICATION OF CONFERENCE

The Defendant hereby certifies that counsel for the Defendant requested from Plaintiff a discovery conference on August 18, 2006, by certified and regular mail in a good faith attempt to resolve or narrow the issues described in this Motion. To date the Plaintiff has not responded.

Dated: September 6, 2006

/s/ Reneau J. Longoria
DOONAN, GRAVES & LONGORIA LLC
Attorneys for HSBC
Reneau J. Longoria, Esq. (BBO# 635118)
100 Cummings Center, Suite 213C
Beverly, MA 01915
*(978) 921-2670*

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss                                       SUPERIOR COURT
                                                    **DOCKET NO. 05-1363C**

Gregory M. Driscoll,              )
                                  )
     **Plaintiff**                 )
                                  )
Vs.                               )
                                  )
**HSBC Mortgage Services, Inc.,** )
**Household Mortgage Services Inc. et al,** )
**Mortgage Electronic Services,** )
**Its successors and assigns,**   )
**Doonan, Graves & Longoria,**    )
                                  )
     **Defendants**                )
                                  )

### NOTICE OF REMOVAL OF MATTER TO UNITED STATES DISTRICT COURT

NOW COMES the defendant, HSBC Mortgage Services, "HSBC" and pursuant to Chapter 28, Section 1441 of the United States Code hereby removes the action pending in the Worcester County Superior Court a Civil Action CV05-1363 to the United States District Court, District of Massachusetts.

GROUNDS FOR REMOVAL

1.     This action is removable from the state court to this Federal District Court since it is a civil action and diversity exists under Chapter 28, Section 1332.



2.  The plaintiff in this action, is a resident of Massachusetts who resides at 87 Flagg Street, Worcester, MA 01602.

3.  The defendant is a Delaware corporation with a principle place of business at 636 Grand Regency Blvd, Bandon, Florida 33510.

4.  The plaintiff is *pro se* and has filed a "complaint" in the Plymouth County Superior Court civil action number CV05-1363 to stay the transfer of the subject property after a foreclosure sale.

5.  The unpaid balance of the mortgage being foreclosed was at least $140,113.54 as of June 16, 2005.

6.  This pleading is signed under Massachusetts Rules of Civil Procedure Rule 11.

WHEREFORE the defendant, HSBC, hereby requests that this Court relinquish jurisdiction over this matter.

Dated: 7/22/05

Reneau J. Longoria Esq.
BBO #635118
John A. Doonan, Esq.
BBO #547838
Doonan, Graves & Longoria
100 Cummings Center
Suite 213C
Beverly, MA 01915
978-921-2670

\\Ellen letterman\c\My Documents\JAD General file\State (Capizzi)\State (Capizzi) Answer - USDC.doc



# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

*Serving Massachusetts, Maine,*
*New York & Washington*

*www.dgandl.com*

*100 Cummings Center*
*Suite 213C*
*Beverly, Massachusetts 01915*
*TEL: (978) 921-2670*
*FAX: (978) 921-4870*

August 18, 2006

Via Regular and Certified Mail

Certified Article Number
7160 3901 9849 6873 3815
SENDERS RECORD

Gregory Driscoll
87 Flagg Street
Worcester, MA 01602

RE:   Driscoll v. HSBC Mortgage Services

Dear Mr. Driscoll:

Please be advised that our office is requesting a discovery conference to narrow the areas of disagreement. Our office is willing to conduct this either in person or over the telephone. Pursuant to Local Rule 37.1, you have seven (7) days to respond to this request. If no response is received within seven (7) days, necessary actions will be taken.

If you have any questions, please contact me at (978) 921-2670.

Sincerely,

Reneau J. Longoria, Esq.





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7160 3901 9849 6873 3815**
Status: **Notice Left**

We attempted to deliver your item at 12:44 pm on August 21, 2006 in WORCESTER, MA 01602 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS        site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| GREG M. DRISCOLL )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HSBC MORTGAGE SERVICES )<br>and MORTGAGE ELECTRONIC )<br>SYSTEMS, INC., as Nominee for )<br>Household Finance Corporation, its )<br>Successors and Assigns )<br>) | Civil Action No. 05-40120-FDS |

### CERTIFICATE OF SERVICE

    I, Reneau J. Longoria, Esq., hereby certify that on this date, September 6, 2006, I caused to be served a copy of the Motion to Dismiss, by sending same via first class mail and certified mail, postage prepaid to:

Gregory Driscoll
87 Flagg Street
Worcester, MA 01602

                                /s/ Reneau J. Longoria
                                Reneau J. Longoria, Esq. BBO# 635118
                                Doonan, Graves & Longoria
                                100 Cummings Center
                                Suite 213C
                                Beverly, MA 01915