UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| GREG M. DRISCOLL )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HSBC MORTGAGE SERVICES; )<br>HOUSEHOLD MORTGAGE )<br>SERVICES INC.; )<br>MORTGAGE ELECTRONIC )<br>SERVICES; ITS SUCCESSORS )<br>AND ASSIGNS )<br>DOONAN, GRAVES & )<br>LONGORIA, LLC )<br>)<br>Defendants )<br>) | Civil Action No. 05-40120-FDS |

**AMENDED MOTION OF DEFENDANT, HSBC TO COMPEL DISCOVERY PURSUANT TO FED. R. CIV. P. 37(a), AND DISMISSAL PURSUANT TO FED. R. CIV. P. 41(b).**

Now Comes the Defendant, HSBC Mortgage Services and Mortgage Electronic Registration Systems, Inc., as Nominee for Household Finance Corporation, its Successor and Assigns, ("HSBC") by and through its attorneys, Doonan, Graves and Longoria, L.L.C., and moves this Court for an Order compelling discovery disclosure and sanctions under Fed. R. Civ. P. 37(a), 37(a)(4). Defendant's Motion is made in compliance with LR. 26.2(C) and 37.1, since Plaintiffs have failed to respond to Defendant's request for a discovery conference within seven days.

In the alternative, Defendant requests that Plaintiffs be precluded from offering evidence related to the documents that would have been produced pursuant to Fed. R. Civ. P. 26(a)(1), 34.

Defendant also moves for dismissal pursuant to Fed. R. Civ. P. 41(b) on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure has failed to pursue their cause of action in any way and his inaction is causing prejudice and expense to the Defendant. Moreover, this case should be

dismissed based on the conspicuous weaknesses in the Plaintiff's claims and in the interest of judicial economy.

Finally, Defendant requests reasonable expenses, including attorney fees in bringing this Motion pursuant to Fed. R. Civ. P. 37(a)(4).

Pursuant to LR 37.1(B)(1-5), the attached Memorandum includes: 1) a statement concerning the discovery conference; 2) the nature of the case and the facts relevant to the discovery matters to be decided; 3) the requests for production raising an issue to be decided; 4) a statement of HSBC's position and supporting authority.

## ORAL ARGUMENT AND HEARING REQUESTED

The Defendant requests a hearing and oral argument on its Motion to Compel Discovery and Motion to Dismiss.

## CERTIFICATION OF CONFERENCE

The Defendant hereby certifies that counsel for the Defendant requested from Plaintiff a discovery conference on August 18, 2006, by certified and regular mail in a good faith attempt to resolve or narrow the issues described in this Motion. To date the Plaintiff has not responded.

Dated: September 6, 2006

/s/ Reneau J. Longoria
DOONAN, GRAVES & LONGORIA LLC
Attorneys for HSBC
Reneau J. Longoria, Esq. (BBO# 635118)
100 Cummings Center, Suite 213C
Beverly, MA  01915
*(978) 921-2670*

UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| GREG M. DRISCOLL )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HSBC MORTGAGE SERVICES )<br>and MORTGAGE ELECTRONIC )<br>SYSTEMS, INC., as Nominee for )<br>Household Finance Corporation, its )<br>Successors and Assigns )<br>)<br>Defendants )<br>) | Civil Action No. 05-40120-FDS |

### CERTIFICATE OF SERVICE

    I, Reneau J. Longoria, Esq., hereby certify that on September 28, 2006, Constable served Gregory Driscoll at 87 Flagg Street, Worcester, MA as directed by the court. After three (3) attempts for in hand services, the documents were left at last and usual place of abode and the Constable also mailed a copy first class mail to the above address. *See* attached copy of the Proof of Service.

                                               /s/ Reneau J. Longoria
                                               Reneau J. Longoria, Esq. BBO# 635118
                                               Doonan, Graves & Longoria
                                               100 Cummings Center
                                               Suite 213C
                                               Beverly, MA 01915

## PROOF OF SERVICE

I, certify and return that on  SEPTEMBER 28, 2006  , I served a true and attested copy of the within AMENDED MOTION (5 pages total) on the within named in the following manner:

    Last & Usual place of abode for Greg Driscoll to wit 87 Flagg St. Worcester, MA. A copy was also mailed 1st class to this address.

*Guy F. Guern*
Constable