UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-40120-FDS

*********************************************
GREGORY M. DRISCOLL,                         *
                                             *
            PLAINTIFF                        *
                                             *
V.                                           *
                                             *
HSBC MORTGAGE SERVICES;                      *
HOUSEHOLD MORTGAGE SERVICES INC.;            *
MORTGAGE ELECTRONIC SERVICES;                *
ITS SUCCESSORS AND ASSIGNS                   *
DOONAN, GRAVES & LONGORIA LLC                *
                                             *
            DEFENDANTS                       *
                                             *
*********************************************

## AFFIDAVIT OF RENEAU J. LONGORIA

## IN SUPPORT OF MOTION TO DISMISS

Reneau J. Longoria, Esq., a member in the law firm of Doonan Graves & Longoria, LLC., attorneys of record for HSBC Mortgage Services, ("HSBC"); Household Mortgage Services Inc. ("Household"); and Mortgage Electronic Services ("MERS") in the above-entitled action avers that:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts.

2. On October 18, 2006, I filed an Amended Motion to Dismiss pursuant to Fed.R.Civ.P.41(b).

1

3. On July 13, 2006, the Plaintiff was served its Automatic Discovery Disclosure pursuant to Fed.R.Civ.P.26. To date, no response has been received.

4. On August 18, 2006, a discovery conference was requested by the Defendant to discuss the Plaintiff's failure to disclose its Automatic Discovery, as well as his failure to comply with the scheduling order.

5. The Plaintiff failed to appear.

6. The Amended Motion to Dismiss was served to the Plaintiff via first-class mail, and after three (3) attempts of in-hand service, the Constable left the documents at Plaintiff's last and usual place of abode.

7. The Plaintiff did not appear at the continued hearing on the Motion to Dismiss.

8. In response to the Court's concern that perhaps the Plaintiff did not receive the Motion to Dismiss because he no longer resides at the premises, the undersigned went to the Registry of Deeds and obtained a copy of the Deed and the recent mortgage which was obtained after the HSBC mortgage was paid in full, see attached **Exhibit A** and **Exhibit B.**

9. Both documents reflect the Plaintiff still owns and has a mortgage on the premises.

10. Plaintiff was served with the Motion to Dismiss.

11. The undersigned affirms that the foregoing statements are true based upon my personal knowledge, and that this Affidavit is executed under the pains and penalties of perjury.

WHEREFORE, the Defendant requests that the instant action be dismissed with prejudice based on the foregoing, as well as the documents previously filed.

| | |
|---|---|
| Dated: November 13, 2006 | /s/ Reneau J. Longoria<br>Reneau J. Longoria, Esq.<br>Doonan, Graves, and Longoria<br>100 Cummings Center, Suite 213C<br>Beverly, MA 01915<br>(BBO#635118)<br>(978) 921-2670 |

BOOK 21261P
MASSACHUSETTS QUITCLAIM DEED SHORT FORM IN

ANN SCHLICKMANN and GREGORY DRISCOLL    58739

of Worcester, Worcester County, Massachusetts

for consideration paid of less than $100.00 Dollars ($100.00)

grant to GREGORY DRISCOLL, individually

of 87 Flagg Street, Worcester, Worcester County, Massachusetts

with quitclaim c

```
The land with the buildings thereon located in Worcester, Worceste
County, Massachusetts on the easterly side of Flagg Street and bei
lot numbered two on a plan of lots drawn by S.G. Atherton, C.E. da
April 17, 1934, and recorded in Worcester District Registry of Dee
Book 2610, Page 277 and bounded and described as follows:

BEGINNING at a point on the easterly line of Flagg Street at land
T.T. Ellis;

THENCE South 65° 23' East by land of said Ellis, one hundred six a
95/100 (106.96) feet;

THENCE South 31° 17' West by land now or formerly of Harold J.
Beaudette, eighty-four and 5/10 (84.5) feet;

THENCE North 63° 34' West by land of Kent Estate, one hundred twer
five and 98/100 (125.98) feet to the easterly line of Flagg Stree

THENCE North 44° 25' East by the easterly line of Flagg Street, ei
five (85) feet to the point of beginning.

Containing 9585 square feet of land.

Being the same premises conveyed to us by Deed of Ann Schlickmann
September 11, 1996, and recorded with the Worcester District Regi
of Deeds in Book 18239, Page 339.

    WITNESS  our  hand (s) and seal (s) this    8    day of April , 1999.
```

ANN SCHLIC

GREGORY DRISCOL

EXHIBIT A

Bk: 38142 Pg: 60

After recording please return to:
IndyMac Bank, F.S.B. c/o Document
Management
[Company Name]



Bk: 38142 Pg: 60
Page: 1 of 20  01/03/2

[Name of Natural Person]
904 E. 104th Street Building B, Suite
400/500
[Street Address]

Kansas City, MO 64131
[City, State Zip Code]

_____ [Space Above This Line For Recording Data] _____

# MORTGAGE

DEFINITIONS

MIN: 100055401221435

Words used in multiple sections of this document are defined below and other words are defined in Section: 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Secti

(A)  "Security Instrument" means this document, which is dated    December 28, 2005    , to with all Riders to this document.

(B)  "Borrower" is   Gregory Driscoll

. Borrower is the mortgagor under this Security Instr

(C)  "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Se Instrument. MERS is organized and existing under the laws of Delaware, and has an address and tele number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D)  "Lender" is   IndyMac Bank, F.S.B., a federally chartered savings bank
Lender is a          Federal Savings Bank               organized and existing under the lav
United States of America             . Lender's address is 155 North Lake
Avenue, Pasadena, CA 91101

(E)  "Note" means the promissory note signed by Borrower and dated    December 28, 2005
The Note states that Borrower owes Lender  one hundred seventy six thousand four hund
and NO/100ths                                          Dollars (U.S. $ 176,400.00
plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in fi
later than    January 1, 2036

Loan No: 122143962
Massachusetts Mortgage-Single Family-Fannie Mae/Freddie M...

EXHIBIT
B

http://www.masslandrecords.com/imageCache1/PngImageCache/ma009_70_2006_75_57

Bk: 38142 Pg: 77

sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in Fixed/Adjustable Rate Rider.

_____(Seal)   _____(
Gregory Driscoll            -Borrower                                -Bor

_____(Seal)   _____(
                            -Borrower                                -Bor

_____(Seal)   _____(
                            -Borrower                                -Bor

_____(Seal)   _____(
                            -Borrower                                -Bor

Loan No: 122143962
8480254 (0104)                    Page 4 of 4                    Form 4008



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-40120-FDS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| **Gregory M. Driscoll,** | \* |
| | \* |
| **Plaintiff** | \* |
| | \* |
| v. | \* |
| | \* |
| **HSBC MORTGAGE SERVICES;** | \* |
| **Household Mortgage Services Inc.;** | \* |
| **Mortgage Electronic Services;** | \* |
| **Its successors and assigns** | \* |
| **Doonan, Graves & Longoria LLC** | \* |
| | \* |
| **Defendant** | \* |
| | \* |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, hereby certify that on this date I caused to be served a copy of the Affidavit in support of Motion to Dismiss, by sending same via certified mail return receipt, postage prepaid to:

Gregory M. Driscoll
87 Flagg Street
Worcester, Massachusetts 01602


Dated: November 13, 2006      /s/ Reneau J. Longoria
                              Reneau Longoria, Esq.
                              BBO #635118
                              Doonan, Graves & Longoria
                              100 Cummings Center
                              Suite 213C
                              Beverly, MA 01915