UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREG M. DRISCOLL,

      Plaintiff,                             CIVIL ACTION
v.                                       NO.   05-40120-TSH
                                                05-40126-TSH

HBSC MORTGAGE SERVICES
and MORTAGAGE ELECTRONIC
SYSTEMS, INC., as Nominee for Household
Finance Corporation, its successors and Assigns
and DOONAN, GRAVES AND LONGORIA, LLC,

      Defendants,

ORDER OF DISMISSAL

January 4, 2007

HILLMAN, M.J.

      In Accordance with the Memorandum and Order dated December 8, 2006,  it is

ORDERED that this action be dismissed.

                                                      By the Court:

                                                      SARAH A. THORNTON, Clerk

                                                      /s/ Lisa B. Roland
                                                      Lisa B. Roland
                                                      Deputy Clerk
                                                      (508) 929-9905